■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES SMITH, Also Known as MICHAEL ELLIS, Appellant. [627 NYS2d 990] —Appeal by the defendant from three judgments of the Supreme Court, Queens County (Goldstein, J.), all rendered February 17, 1994, convicting him of robbery in the first degree (three counts; one as to each indictment), upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

It was not an improvident exercise of the court's discretion to deny the defendant's motion to withdraw his guilty pleas without conducting an expanded inquiry into the matters (see, People v Dickerson, 163 AD2d 610). Mangano, P. J., O'Brien, Ritter, Pizzuto and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE SOTO, Appellant. [627 NYS2d 991] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Grajales, J.), rendered July 29, 1992, convicting him of burglary in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and the defendant's pro se brief and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Pizzuto, J. P., Hart, Friedmann and Florio, JJ., concur.